| Fill in this information to identify your case: |
|---|
| United States Bankruptcy Court for the: |
| WESTERN DISTRICT OF PENNSYLVANIA |
| Case number *(if known)* _____ Chapter **11** |

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy 06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**  LJF, Inc.

**2. All other names debtor used in the last 8 years**
Include any assumed names, trade names and *doing business as* names

**3. Debtor's federal Employer Identification Number** (EIN)  25-1672425

**4. Debtor's address**

Principal place of business

1223 Parks Road
Irvona, PA 16656
Number, Street, City, State & ZIP Code

Clearfield
County

Mailing address, if different from principal place of business

_____
P.O. Box, Number, Street, City, State & ZIP Code

Location of principal assets, if different from principal place of business

_____
Number, Street, City, State & ZIP Code

**5. Debtor's website** (URL)  _____

**6. Type of debtor**
☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: _____

Debtor  **LJF, Inc.**                                                                                           Case number (*if known*) _____
      Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply*:

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the A*ttachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

☐ No.
■ Yes.

District **Western District of Pennsylvania**   When **5/15/20**   Case number **20-70248-JAD**
District _____   When _____   Case number _____

Debtor  **LJF, Inc.** _____   Case number (*if known*)_____
     Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____  Relationship _____
District _____ When _____ Case number, if known _____

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
    Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes.  Insurance agency _____
       Contact name _____
       Phone _____

### Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

Debtor **LJF, Inc.** Case number (*if known*) _____
     Name

☐ $50,001 - $100,000  ☐ $10,000,001 - $50 million  ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000  ☐ $50,000,001 - $100 million  ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million  ☐ $100,000,001 - $500 million  ☐ More than $50 billion

Debtor    **LJF, Inc.**    Case number (*if known*)
_____Name_____

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **September 14, 2023**
MM / DD / YYYY

**X /s/ Leo C. Frailey**                              **Leo C. Frailey**
Signature of authorized representative of debtor       Printed name

Title    **President**

**18. Signature of attorney**

**X /s/ David Z. Valencik**                           Date    **September 14, 2023**
Signature of attorney for debtor                              MM / DD / YYYY

**David Z. Valencik**
Printed name

**Calaiaro Valencik**
Firm name

**938 Penn Avenue, 5th Fl.**
**Suite 501**
**Pittsburgh, PA 15222**
Number, Street, City, State & ZIP Code

Contact phone    **412-232-0930**       Email address    **dvalencik@c-vlaw.com**

**308361 PA**
Bar number and State

Fill in this information to identify the case:

Debtor name: **LJF, Inc.**
United States Bankruptcy Court for the: **WESTERN DISTRICT OF PENNSYLVANIA**
Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 204
### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Bestpass Inc. P.O. Box 786587 Philadelphia, PA 19178 | | Tolls | | | | $248,613.65 |
| Bluevine Capital Inc. 401 Warren St., #300 Redwood City, CA 94063 | | MCA | | | | $142,626.66 |
| Bridge Funding Cap LLC 5308 13th Ave., Suite 324 Brooklyn, NY 11219 | | MCA | | | | $76,937.00 |
| Caterpillar Financial Services Corp 2120 West End Ave. Nashville, TN 37203 | | Caterpillar 930K CAT Loader Caterpillar 299 Track Loader CAT 420 Backhoe | Contingent | $397,051.70 | $294,000.00 | $103,051.70 |
| Clearstone Fund LLC 80 W Sunrise Hwy, #1096 Valley Stream, NY 11581 | | MCA | | | | $147,500.00 |
| Clover Advance Group LLC | | MCA | | | | $41,972.00 |
| EIN Cap 160 Pearl St.,5th Floor New York, NY 10005 | | MCA | | | | $73,764.84 |
| Glassmere Fuel Services P.O. Box 187 Curtisville, PA 15032 | | MCA | | | | $170,493.85 |

Official form 204      Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims      page 1

Debtor  **LJF, Inc.**
         Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Global Funding Experts (GFE NY, LLC)** 27-01 Queens Plaza North Long Island City, NY 11101 | | MCA | | | | $752,504.91 |
| **Good Tire Service** 2632 Carson Hill Road Du Bois, PA 15801 | | Tires | | | | $36,730.60 |
| **Hunter Truck Sales** 101 E Main Street Eau Claire, PA 16030 | | Parts/equipment | | | | $271,722.00 |
| **Karish Kapital LLC** 7522 137th St. Flushing, NY 11367 | | MCA | | | | $149,909.00 |
| **KF Holdings, LP** 6512 Admiral Peary Hwy Loretto, PA 15940 | | DIP Loan | | | | $928,964.00 |
| **Marion Center Bank** 1271 Indian Springs Road Indiana, PA 15701 | | 1995 Peterbilt Tractor/1XP5DB9X8SN372647 1999 Peterbilt Tractor/1XP5DB9X0XN498766 2007 Peterbilt Tractor/1XPFDB9X37N639155 1997 Peterbilt Tractor/1 | | $528,287.97 | $155,000.00 | $373,287.97 |
| **Pilot Travel Centers, LLC** 5500 Lonas Drive,Suite 260 Knoxville, TN 37909 | | Fuel | | | | $112,238.98 |
| **RBLX Funding** c/o Erica R. Gilerman, Esquire 515 Madison Ave., Suite #8108 New York, NY 10022 | | MCA | | | | $62,088.00 |

Debtor **LJF, Inc.**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Roaring Run**<br>**P.O. Box 368**<br>**Bigler, PA 16825** | | **2000 Peterbilt Tractor/1XP5DB9X1YD504050**<br>**1999 Peterbilt Tractor/1XPFDB9X5XD490866**<br>**1999 Peterbilt Tractor/1XPFDB9X2XN507987**<br>**1999 Peterbilt Tractor/1** | **Contingent** | **$752,471.52** | **$286,000.00** | **$466,471.52** |
| **SPG Advance**<br>**1221 McDonald Ave.**<br>**Brooklyn, NY 11230** | | **MCA** | | | | **$53,776.82** |
| **US Bank Equipment Finance**<br>**1310 Madrid St., Suite 101**<br>**Marshall, MN 56258** | | **GPS, ELD Equipment** | | **$44,095.09** | **$0.00** | **$44,095.09** |
| **World Global**<br>**116 Nassau Street 804**<br>**New York, NY 10038** | | **MCA** | | | | **$36,572.60** |

# United States Bankruptcy Court
## Western District of Pennsylvania

In re **LJF, Inc.**
Debtor(s)

Case No.
Chapter **11**

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **LJF, Inc.** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Leo Frailey**
**1223 Parks Road**
**Irvona, PA 16656**

☐ None [*Check if applicable*]

**September 14, 2023**
Date

**/s/ David Z. Valencik**
**David Z. Valencik**
Signature of Attorney or Litigant
Counsel for **LJF, Inc.**
**Calaiaro Valencik**
**938 Penn Avenue, 5th Fl.**
**Suite 501**
**Pittsburgh, PA 15222**
**412-232-0930 Fax:412-232-3858**
**dvalencik@c-vlaw.com**